AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
~~DISTRICT OF VERMONT~~
FILED
2019 JAN -8 PM 3: 02
CLERK
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRENDAN SULLIVAN | ) | Case No. 2:18-MJ-135 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 14, 2018__ in the county of __Chittenden__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Knowing possession of at least one image of child pornography that was produced using materials that have traveled in interstate/foreign commerce. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Caitlin Moynihan, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/08/2019

_____
*Judge's signature*

City and state: Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*